FILED
2015 Aug-18  AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA M. RILEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  7:14-cv-01112-LSC |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On July 31, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On August 13, 2015, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and plaintiff's objections, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 18th day of August 2015.

L. Scott Coogler
United States District Judge
[160704]